UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID SCHLOSSER,<br><br>               Petitioner,<br><br>   v.<br><br>MELISSA ANDREWJESKI,<br><br>               Respondent. | CASE NO. 2:22-CV-1112-RJB-DWC<br><br>ORDER GRANTING EXTENSION OF TIME TO REPLY |

The District Court has referred this action to United States Magistrate Judge David W. Christel. Before the Court is petitioner's motion for an extension of time to reply to respondent's Answer in this matter. Dkt. 11. Petitioner states he has lacked access to his facility's law library due to COVID-19 related lockdowns, and that his legal documents have not yet arrived after his recent transfer to a different facility. *Id*. He seeks a 30-day extension of time to file his reply to respondent's Answer. *Id*.

ORDER GRANTING EXTENSION OF TIME TO
REPLY - 1

After review of petitioner's motion, the Court finds good cause exists for an extension and GRANTS the motion. Petitioner shall have until December 5, 2022 to file his reply, and the Clerk shall re-note the petition for December 9, 2022.[1]

Dated this 3rd day of November, 2022.

David W. Christel
United States Magistrate Judge

---

[1] As this is petitioner's first request for an extension and the Court finds an extension of time is warranted, the Court finds a response from respondent is not necessary. If respondent wishes to be heard, respondent may file a motion for reconsideration.