UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID SCHLOSSER,

    Petitioner,

v.

MELISSA ANDREWJESKI,

    Respondent.

CASE NO. 2:22-CV-1112-RJB-DWC

ORDER GRANTING SECOND EXTENSION OF TIME TO REPLY

    The District Court has referred this action to United States Magistrate Judge David W. Christel. Before the Court is petitioner's second motion for an extension of time to reply to respondent's Answer in this matter. Dkt. 17. Petitioner states he has lacked access to his facility's law library due to COVID-19 related lockdowns and staffing-related closures. *Id*. He seeks a 30-day extension of time to file his reply to respondent's Answer. *Id*.

After review of petitioner's motion, the Court finds good cause exists for an extension and GRANTS the motion. Petitioner shall have until January 16, 2023 to file his reply, and the Clerk shall re-note the petition for January 20, 2023.[1]

Dated this 13th day of December, 2022.

David W. Christel
United States Magistrate Judge

---

[1] As the Court finds an extension of time is warranted, the Court finds a response from respondent is not necessary. If respondent wishes to be heard, respondent may file a motion for reconsideration.