UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID SCHLOSSER,<br><br>                      Petitioner,<br><br>    v.<br><br>MELISSA ANDREWJESKI,<br><br>                      Respondent. | No. 2:22-CV-1112-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, no objections being filed, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 19);

(2)     Petitioner's motion to stay and abey (Dkt. 13) is denied without prejudice;

(3)     This case is re-referred to Magistrate Judge David W. Christel; and

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 9th day of January, 2023.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1