UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID SCHLOSSER,<br><br>        Petitioner,<br><br>   v.<br><br>MELISSA ANDREWJESKI,<br><br>        Respondent. | CASE NO. 2:22-CV-1112-RJB-DWC<br><br>ORDER GRANTING THIRD EXTENSION OF TIME TO FILE REPLY |

The District Court has referred this action to United States Magistrate Judge David W. Christel. Before the Court is petitioner's third motion for an extension of time to reply to respondent's Answer in this matter. Dkt. 21. Petitioner states he has lacked access to his facility's law library due to COVID-19 related lockdowns and staffing-related closures. *Id*. He seeks a 30-day extension of time to file his reply to respondent's Answer in light of the Court's recent denial of his request for a stay and his previous challenges in obtaining law library access. *Id*.

After review of petitioner's motion, the Court finds good cause exists for an extension and GRANTS the motion. Petitioner shall have until February 20, 2023 to file his reply. The

Clerk shall re-note the petition for February 24, 2023 and respondent may file her optional reply on or before that date.[1] The Court notes that this is petitioner's third extension request; the Court will not look favorably on any further requests for extensions.

Dated this 13th day of January, 2023.

David W. Christel
United States Magistrate Judge

---

[1] As the Court finds an extension of time is warranted, the Court finds a response from respondent is not necessary. If respondent wishes to be heard, respondent may file a motion for reconsideration.

ORDER GRANTING THIRD EXTENSION OF
TIME TO FILE REPLY - 2