UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID SCHLOSSER,

    Petitioner,

v.

MELISSA ANDREWJESKI,

    Respondent.

CASE NO. 2:22-CV-1112-RJB-DWC

ORDER STRIKING REQUEST FOR SUPPLEMENTAL BRIEFING

The District Court has referred this action to United States Magistrate Judge David W. Christel. This matter comes before the Court on petitioner's motion to withdraw Grounds 3, 5 and 6 of his petition. Dkt. 25. Respondent does not oppose the motion. Dkt. 26.

The Court previously requested supplemental briefing regarding Grounds 3, 5 and 6 and set a deadline of April 28, 2023 for respondent's supplemental brief. Dkt. 24. As petitioner has moved to withdraw these grounds, which is unopposed by respondent, the Court strikes the deadlines to file supplemental briefing. The Court no longer requires, and will not accept, supplemental briefing in this matter.

Dated this 25th day of April, 2023.

David W. Christel
Chief United States Magistrate Judge