UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID SCHLOSSER,<br><br>      Petitioner,<br><br> v.<br><br>MELISSA ANDREWJESKI,<br><br>      Respondent. | CASE NO. 2:22-1112 RJB-DWC<br><br>ORDER ON STIPULATED MOTION FOR LEAVE TO FILE AMENDED OBJECTIONS TO THE REPORT AND RECOMMENDATION |

  This matter comes before the Court on the Stipulated Motion for Leave to File Amended Objections to the Report and Recommendation. Dkt. 34. The Court has reviewed the motion and remaining file and is fully advised.

  On August 8, 2022, Petitioner, *pro se,* filed this habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his March 15, 2019 judgment and sentence after his conviction by a jury for rape of a child in the first degree of his stepdaughter A.D. Dkt. 1. The Petitioner initially raised six grounds for relief. *Id.* He then filed an unopposed motion to withdraw Grounds 3, 5, and 6. Dkt. 25.

  On May 18, 2023, a Report and Recommendation was filed. Dkt. 28. It recommends granting the Petitioner's unopposed motion to withdraw Grounds 3, 5, and 6. *Id.* The Report and Recommendation recommends denial of relief on the remaining Grounds 1, 2, and 4. *Id.* It

also recommends finding that an evidentiary hearing is not necessary and that a Certificate of Appealability be denied. *Id.* The Petitioner, through counsel, filed objections to portions of the Report and Recommendation objecting to recommendations regarding the denial of an evidentiary hearing, denial of relief on Ground 1 and Ground 2, and the denial of the Certificate of Appealability. Dkt. 30.

In his objections, regarding Ground 2, the Petitioner also argued that his Sixth Amendment rights were violated when the trial court prohibited him from questioning A.D.'s mental health counselor about what, if any, A.D. told her counselor of Petitioner's alleged sexual abuse of A.D. Dkt. 30 at 17-19. This portion of Ground 2 was not in Petitioner's Petition (Dkt. 3 at 21) and appeared to be raised for the first time in this case in the objections.

On June 27, 2023, the case was re-referred to U.S. Magistrate Judge Christel for further proceedings relating to Petitioner's argument that his Sixth Amendment rights were violated when the trial court prohibited him from questioning A.D.'s counselor about what, if any, A.D. told the counselor of Petitioner's alleged sexual abuse of A.D. Dkt. 32. The Report and Recommendation, Petitioner's objections, and Respondent's response to the objections were stricken, to be reset, when appropriate.

On July 27, 2023, Petitioner was ordered to file a motion to amend his original petition by August 28, 2023 if he wished to proceed on his newly raised claim for violation of his Sixth Amendment rights related to the trial court's limits on questions to A.D.'s counselor. Dkt. 33.

On August 25, 2023, the parties filed the instant stipulated motion. Dkt. 34. In this motion, the Petitioner informs the Court that he no longer wishes to pursue the Sixth Amendment claim. *Id.* at 2. He seeks permission from the Court for permission to amend his original

objections to withdraw the newly raised claim (Dkt. 30 at 17-19).  *Id.*  Respondent does not object.  *Id.*

## DISCUSSION

The stipulated motion (Dkt. 34) should be granted.  The Petitioner's objection, that he was denied his Sixth Amendment rights when the trial court prohibited questioning of A.D.'s counselor about what, if any, A.D. told the counselor of Petitioner's alleged sexual abuse of A.D., should be stricken.  This objection will not be considered in whether to adopt the Report and Recommendation.

It appears based on the parties' stipulated motion, that the matter is ripe for decision.  If that is not accurate, the parties should inform the Court what, if anything, remains by **August 31, 2023**.  The Report and Recommendation, the Petitioner's objections, and Respondent's response to the objections should be renoted for consideration.  If the Court does not hear from the parties that the matter should be continued, the Report and Recommendation (Dkt. 28), Petitioner's objections (Dkt. 30) and the Respondent's response to the objections (Dkt. 31) should be renoted for **September 1, 2023**.  The referral to the U.S. Magistrate Judge should be terminated.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of August, 2023.

_____
ROBERT J. BRYAN
United States District Judge